UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 10-81 |
| JOSEPH BASEL<br>STAN DAI<br>ROBERT FLANAGAN<br>JAMES O'KEEFE | SECTION: "K"(3) |

## ORDER

The Court having been advised by counsel for the parties that since the defendants' have now been sentenced they are now requesting defendants' passports and property be returned.

**IT IS ORDERED** that the Government return the defendants' passports and property at this time.

New Orleans, Louisiana, this 26 day of May, 2010.

```
_____
    DANIEL E. KNOWLES, III
 UNITED STATES MAGISTRATE JUDGE
```

Fee _____
Process _____
X Dktd _____
✓ CtRmDep _____
Doc. No. _____